

|  |  |
|---|---|
| **Frederick C. Biehl, III**<br>Partner<br><br>T. 973-849-4095<br>F. 973-297-3736<br><br>fbiehl@mccarter.com | McCarter & English, LLP<br><br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br><br>www.mccarter.com |

May 27, 2025

**<u>VIA ECF</u>**

Honorable Julien Xavier Neals
United States District Court
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  **Re: Agostini & Associates, P.C. v. Estate of Michele Cestone, et al.**
     **Civil Action No.: 25-cv-03855 (JNX) (LDW)**

Dear Judge Neals:

We represent Defendant Michele Cestone in the above-referenced action. We are in agreement with the position taken by Schenk Price, counsel to defendants Marvec Corporation (Marvec:), Corsaro Corporation ("Corsaro"), and Maria Cestone and non-party Marvec Liquidating Trust ("Trust") filed on the Docket on May 20, 2025 (Doc. #19). We are in agreement, pursuant to Rule 4(a) of your Rules and Practices and hereby request a pre-motion conference regarding (i) Motion to Dismiss the Interpleader Complaint and Order to Show Cause; and (ii) anticipated Motion to Compel distribution of the $750,000 to the Trust.

We thank the Court for it's consideration of this matter.

Respectfully,

*/s/ Frederick C. Biehl III*

Frederick C. Biehl, III

FCB/fp

cc: All Counsel of Record (via e-courts)

ME1 49452557v.1