# COLELLA | ZEFUTIE LLC

www.czlaw.com

John J. Zefutie, Jr.
Office Managing Partner
116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
P: 609.551.9771
F: 202.920.0894
Anthony J. Laura, Esq.
E: alaura@czlaw.com

May 27, 2025

**VIA ECF**

Honorable Julien Xavier Neals, U.S.D.J.
United States District Court
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

        **Re: Agostino & Associates, P.C. v. Estate of Michele Cestone, et al.
         Civil Action No. 25-cv-03855 (JXN) (LDW)**

Dear Judge Neals:

    This firm represents defendant Vincent Cestone, II in the above-referenced action.

    Please be advised that Vincent Cestone, II's agrees with the arguments set forth by Schenk Price, counsel to defendants Marvec Corporation, Corsaro Corporation, and Maria Cestone and non-party Marvec Liquidating Trust ("Trust"), in their pre-motion letter filed May 20, 2025 (Dkt. 19). Pursuant to Rule IV.A of your Rules and Procedures, and for the reasons set forth in Dkt. 19, we hereby also request a pre-motion conference regarding an anticipated (i) Motion to Dismiss the Interpleader Complaint and Order to Show Cause; and (ii) Motion to Compel distribution of the $750,000 to the Trust. We thank the Court for its consideration of this matter.

                                                Respectfully,

                                                Anthony J. Laura

cc. All Counsel via ECF