KEVIN N. STARKEY ◊
SCOTT W. KENNEALLY
WILLIAM P. CUNNINGHAM ♦
TERRANCE L. TURNBACH
CLIFFORD P. YANNONE
------------
◊ Certified by the Supreme Court of New Jersey
   As a Civil Trial Attorney
♦ Certified by the Supreme Court of New Jersey
   As a Criminal Trial Attorney

**STARKEY, KELLY, KENNEALLY, CUNNINGHAM, TURNBACH & YANNONE**
COUNSELLORS AT LAW

TWO HOOPER AVENUE
TOMS RIVER, NEW JERSEY 08753
(732) 701-3500
TELEFAX: (732) 240-3777
REAL ESTATE FAX: 732-876-0388

EMAIL: TOMSRIVER@STARKEYKELLY.COM

WWW.STARKEYKELLY.COM

CHARLES E. STARKEY (1935-2024)
WILLIAM V. KELLY (1945-2018)
HAROLD CORLEY WHITE (1934-1993)
ROBERT H. DOHERTY, JR. (1922-1993)

------------

DIRECT DIAL: 732-701-3501
EMAIL: skenneally@starkeykelly.com

May 27, 2025

**VIA ECF**

Honorable Julien Xavier Neals United
States District Court
MLK Jr. Federal Bldg. & U.S. Courthouse 50
Walnut Street
Newark, NJ 07102

**Re:  Agostini & Associates, P.C. v. Estate of Michele Cestone, et al.
       Civil Action No.:  25-cv-03855 (JNX) (LDW)**

Dear Judge Neals:

We represent Defendant Estate of Ralph Cestone in the above-referenced action.  We are in agreement with the position taken by Schenk Price, counsel to defendants Marvec Corporation (Marvec:), Corsaro Corporation ("Corsaro"), and Maria Cestone and non-party Marvec Liquidating Trust ("Trust") filed on the Docket on May 20, 2025 (Doc. #19).  We are in agreement, pursuant to Rule 4(a) of your Rules and Practices and hereby request a pre-motion conference regarding (i) Motion to Dismiss the Interpleader Complaint and Order to Show Cause; and (ii) anticipated Motion to Compel distribution of the $750,000 to the Trust.

Respectfully,

Kevin  N. Starkey

cc:  All Counsel of Record (via e-courts)