William D. Wallach, Esq. #031861987
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 639-7918
wwallach@mccarter.com
Attorneys for Proposed Intervenor McCarter & English, LLP

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGOSTINO & AGOSTINO, P.C.,<br><br>             Plaintiff,<br><br>v.<br><br>ESTATE OF MICHELE CESTONE; ESTATE OF AGNES CESTONE; ESTATE OF VINCENZO CESTONE; OBIT MARS VECTOR; MARVEC CORPORATION; VERONA INDUSTRIES, INC.; VERONA EQUITIES, INC.; CORSARO CORPORATION; MICHELE J. CESTONE; VINCENT R. CESTONE; MARIA CESTONE; VINCENT CESTONE, II; RALPH CESTONE; MICHELE A. CESTONE (RUSSOMANNO) and UNITED STATES OF AMERICA,<br>             Defendant. | Case No. 2:25-cv-03855-JXN-LDW<br><br><br><br>**NOTICE OF MOTION TO INTERVENE** |

TO:     ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on August 4, 2025, or as soon thereafter as counsel may be heard, the undersigned attorneys *pro se* for McCarter & English, LLP shall apply to the United States District Court for the District of New Jersey, located in the Martin Luther King Building & U.S. Courthouse at 50 Walnut Street in Newark, New Jersey for an Order entered pursuant to Federal Rule of Civil Procedure 24, under which McCarter & English, LLP's Motion to Intervene is granted.

ME1\53692921.v1

2

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, McCarter & English, LLP shall rely upon the accompanying Certification of Counsel and pleading setting forth the basis for the requested relief, together with the record in this matter.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event Opposition papers are filed and a proposed form of Order is provided.

                                              McCARTER & ENGLISH, LLP
                                              Attorneys *Pro Se* for McCarter & English, LLP, Proposed Intervenor

                                              By: */s William D. Wallach*
                                                    WILLIAM D. WALLACH
                                                    A Member of the Firm

Dated: June 27, 2025