## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGOSTINO & AGOSTINO, P.C., | Case No. 2:25-cv-03855-JXN-LDW |
| Plaintiff, | |
| v. | |
| ESTATE OF MICHELE CESTONE; ESTATE OF AGNES CESTONE; ESTATE OF VINCENZO CESTONE; OBIT MARS VECTOR; MARVEC CORPORATION; VERONA INDUSTRIES, INC.; VERONA EQUITIES, INC.; CORSARO CORPORATION; MICHELE J. CESTONE; VINCENT R. CESTONE; MARIA CESTONE; VINCENT CESTONE, II; RALPH CESTONE; MICHELE A. CESTONE (RUSSOMANNO) and UNITED STATES OF AMERICA, Defendant. | **[PROPOSED] ORDER FOR INTERVENTION** |

**THIS MATTER** having been opened to the Court by Proposed Intervenor McCarter & English, LLP, for the entry of an Order pursuant to Fed. R. Civ. P. 24(a), and the Court having considered the moving papers, the opposition papers (if any), the record in this matter, and for good cause shown,

**IT IS** on this _____ day of _____, 2025, **ORDERED** as follows:

1.      The Motion of McCarter & English, LLP to intervene as a matter of right in these proceedings pursuant to Fed. R. Civ. P. 24(a) is **GRANTED**.

2.      The pleading submitted by McCarter & English, LLP in support of this Motion shall be deemed its affirmative claim against Defendant Ralph Cestone in this matter.

3.      Pending further Order of the Court, no monies Defendant Ralph Cestone may be entitled to receive as a result of the Interpleader shall be released to him directly or indirectly.

_____

Hon. Leda D. Wettre, U.S.M.J.