William D. Wallach, Esq. #031861987
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 639-7918
wwallach@mccarter.com
Attorneys for Proposed Intervenor McCarter & English, LLP

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AGOSTINO & AGOSTINO, P.C.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ESTATE OF MICHELE CESTONE; ESTATE OF AGNES CESTONE; ESTATE OF VINCENZO CESTONE; OBIT MARS VECTOR; MARVEC CORPORATION; VERONA INDUSTRIES, INC.; VERONA EQUITIES, INC.; CORSARO CORPORATION; MICHELE J. CESTONE; VINCENT R. CESTONE; MARIA CESTONE; VINCENT CESTONE, II; RALPH CESTONE; MICHELE A. CESTONE (RUSSOMANNO) and UNITED STATES OF AMERICA,<br>　　　　　Defendant. | Case No. 2:25-cv-03855-JXN-LDW<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, WILLIAM D. WALLACH, of full age, hereby certify as follows:

　　　　1.　　I am an attorney-at-law of the State of New Jersey and a member of the law firm of McCarter & English, LLP.

　　　　2.　　On June 27, 2025, I caused a copy of Proposed Intervenor McCarter & English, LLP's Motion to Intervene to be served on all counsel of record via electronic case filing.

1

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

<u>/s William D. Wallach</u>  
William D. Wallach

Dated:  June 27, 2025