

**RYDER T. ULON**
*Admitted in NJ & NY*

Direct Line: 973-540-7321
Email: rtu@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

January 9, 2026

**VIA ECF**
Hon. Leda Dunn Wettre
United States District Court
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  **Re:** Agostino & Associates, P.C. v. Estate of Michele Cestone, et al.
    25-cv-03855 (JXN) (LDW)

Dear Judge Wettre:

  We represent defendants Marvec Corporation, Corsaro Corporation, and Maria Cestone ("Defendants") in the above-referenced matter. On October 25, 2025, Your Honor entered an Administrative Termination Order ("Order"). Pursuant to the Order, Defendants hereby request that the stay be lifted and that the matter be reinstated to the Court's active docket.

  We thank the Court for its consideration of this matter.

        Respectfully submitted,

        SCHENCK, PRICE, SMITH & KING, LLP

        Ryder T. Ulon

RTU/vc
Enclosures