**SCOTT W. KENNEALLY, ESQ. (ID: 018431994)**
**STARKEY, KELLY, KENNEALLY,**
**CUNNINGHAM, TURNBACH & YANNONE**
**2 Hooper Avenue**
**Toms River, New Jersey 08753**
**732-701-3500**
**Attorneys for Defendant Estate of Ralph M. Cestone**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGOSTINO & ASSOCIATES, P.C.,<br><br>        Plaintiff,<br>vs.<br><br>ESTATE OF MICHELE CESTONE; ESTATE OF AGNESE CESTONE; ESTATE OF VINCENZO CESTONE; ESTATE OF RALPH M. CESTONE; ORBIT MARS VECTOR; MARVEC CORPORATION; VERONA INDUSTRIES; VERONA EQUITIES, INC.; CORSARO CORPORATION; MICHELE J. CESTONE; VINCENT R. CESTONE; MARIA CESTONE; VINCENT CESTONE, II; RALPH CESTONE; MICHELE A. CESTONE RUSSOMANNO and UNITED STATES OF AMERICA,<br><br>        Defendants. | Civil Action No.: 2:25-cv-03855<br><br>CIVIL ACTION<br><br>ANSWER, AFFIRMATIVE DEFENSES AND DESIGNATION OF TRIAL COUNSEL OF DEFENDANT ESTATE OF RALPH M. CESTONE |

Defendant Estate of Ralph M. Cestone, by and through its attorneys, responds to the Complaint as follows:

**PARTIES**

1. The allegations in Paragraph 1 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

1

2. The allegations in Paragraph 2 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

3. The allegations in Paragraph 3 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

4. The allegations in Paragraph 4 of the Complaint are not directed at this defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

5. Admitted that Ralph M. Cestone passed on or about September 29, 2020 and an Estate was opened. To the extent a response is required to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations contained herein and therefore denies the same.

6. The allegations in Paragraph 6 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

7. The allegations in Paragraph 7 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is

without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

8. The allegations in Paragraph 8 of the Complaint are not directed at this Defendant and therefore no response is required.  To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

9. The allegations in Paragraph 9 of the Complaint are not directed at this Defendant and therefore no response is required.  To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

10. The allegations in Paragraph 10 of the Complaint are not directed at this efendant and therefore no response is required.  To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

11. The allegations in Paragraph 11 of the Complaint are not directed at this defendant and therefore no response is required.  To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

12. The allegations in Paragraph 12 of the Complaint are not directed at this Defendant and therefore no response is required.  To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

13. The allegations in Paragraph 13 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

14. The allegations in Paragraph 14 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

15. The allegations in Paragraph 15 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

16. The allegations in Paragraph 16 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

17. The allegations in Paragraph 17 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

## JURISDICTION AND VENUE

18. The allegations in Paragraph 18 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

19. The allegations in Paragraph 19 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

20. The allegations in Paragraph 20 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

21. The allegations in Paragraph 21 of the Complaint are not directed at this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

## FACTUAL BACKGROUND

22. Defendant admits that Plaintiff was holding $750,000.00 (the "Disputed Funds") in Plaintiff's trust account. Defendant is without sufficient knowledge to either admit or deny the remaining allegations contained in Paragraph 22 and leaves Plaintiff to its proofs.

23. Defendant is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 23 and leaves Plaintiff to its proofs.

24. The allegations in Paragraph 24 of the Complaint are not directed at Defendant and refer to legal documents that speak for themselves and therefore the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

25. The allegations in Paragraph 25 of the Complaint are not directed at Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

26. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

27. The allegations in Paragraph 27 of the Complaint are not directed at Defendant and refer to legal documents that speak for themselves and therefore the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

28. The allegations in Paragraph 28 of the Complaint are not directed at Defendant and refer to legal documents that speak for themselves and therefore the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

29. The allegations in Paragraph 29 of the Complaint are not directed at Defendant and refer to legal documents that speak for themselves and therefore the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

30. The allegations in Paragraph 30 of the Complaint are not directed at Defendant, so no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

31. The allegations in Paragraph 31 of the Complaint are not directed at Defendant and refer to legal documents that speak for themselves and therefore the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

32. The allegations in Paragraph 32 of the Complaint are not directed at Defendant, so no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

33. The allegations in Paragraph 33 of the Complaint are not directed at Defendant, so no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

34. The allegations in Paragraph 34 of the Complaint are not directed at Defendant and refer to legal documents that speak for themselves and therefore the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

35. The allegations in Paragraph 35 (and its subparagraphs a-e) of the Complaint are not directed at Defendant and refer to legal conclusions or legal documents that speak for themselves and therefore the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

36. The allegations in Paragraph 36 of the Complaint are not directed at Defendant, so no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

37. The allegations in Paragraph 37 of the Complaint are not directed at Defendant, so no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

38. The allegations in Paragraph 38 of the Complaint are not directed at Defendant, so no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

39. The allegations in Paragraph 39 of the Complaint are not directed at Defendant, so no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

## COUNT ONE - INTERPLEADER

40. Defendant incorporates the foregoing responses to the previous allegations as if set forth herein at length.

41. Admitted.

42. The allegations in Paragraph 42 of the Complaint are not directed at Defendant, so no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

43. The allegations in Paragraph 43 of the Complaint are not directed at Defendant and refer to legal conclusions or legal documents that speak for themselves and therefore, the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

44. The allegations in Paragraph 44 of the Complaint are not directed at Defendant and refer to legal conclusions or legal documents that speak for themselves and therefore, the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as

to the truth or falsity of the allegations contained herein and therefore denies the same.

45. The allegations in Paragraph 45 of the Complaint are not directed at Defendant and refer to legal conclusions or legal documents that speak for themselves and therefore, the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

46. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 46 of the Complaint and therefore denies the same.

47. The allegations in Paragraph 47 of the Complaint are not directed at Defendant and refer to legal conclusions or legal documents that speak for themselves and therefore, the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

48. The allegations in Paragraph 48 of the Complaint are not directed at Defendant and refer to legal conclusions or legal documents that speak for themselves and therefore, the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

49. The allegations in Paragraph 49 of the Complaint are not directed at Defendant and refer to legal conclusions or legal documents that speak for themselves and therefore, the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

50. The allegations in Paragraph 50 of the Complaint are not directed at Defendant and refer to legal conclusions or legal documents that speak for themselves and therefore, the Answering Defendant leaves Plaintiff to its proofs. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and therefore denies the same.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFNSE

Plaintiff's claims are barred by operation of the Entire Controversy Doctrine.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's cause of action is barred by the applicable Statute of Limitations and/or Repose.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of waiver, release, estoppel, laches, release, accord and satisfaction, failure of consideration, unclean hands and/or unjust enrichment.

**FIFTH AFFIRMATIVE DEFENSE**

Some or all of Plaintiff's claims are barred, in whole or in part, by the doctrines of ratification, consent, and/or acquiescence.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, because the damages sought from the Defendant, if awarded, would unjustly enrich Plaintiff.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by impossibility of performance.

**EIGHTH AFFIRMATIVE DEFENSE**

To the extent that Plaintiff experienced actual damages, they were the result of an intervening and/or superseding cause for which Defendant is not legally responsible.

**NINTH AFFIRMATIVE DEFENSE**

Defendant reserves the right to move the Court for leave to assert additional defenses in the future.

**TENTH AFFIRMATIVE DEFENSE**

There was insufficiency of process and service of process as to this Defendant.

**ELEVENTH AFFIRMATIVE DEFENSE**

The Court lacks subject matter jurisdiction over the Plaintiff's claims and personal jurisdiction over Defendant.

**TWELFTH AFFIRMATIVE DEFENSE**

Venue of this action is improper and this Defendant reserves the right to move for transfer.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to join necessary and/or indispensable parties needed for a just adjudication of the claims asserted in this action, in whose absence complete relief cannot be accorded to the existing parties.

### DESIGNATION OF TRIAL COUNSEL

Scott W. Kenneally, Esquire, is hereby designated as trial counsel on behalf of Defendant.

### CERTIFICATION PURSUANT TO R.4:5-1

The undersigned certifies that a true copy of the foregoing pleading was duly filed with the Court's CM/ECF system, which will send notice to all counsel of record, constituting service.

> Starkey, Kelly, Kenneally,
> Cunningham, Turnbach & Yannone
> Attorneys for Defendant
> Estate of Ralph M. Cestone

By:   /s/ Scott W. Kenneally
　　　SCOTT W. KENNEALLY

Dated:  January 21, 2026