# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGOSTINO & ASSOCIATES, P.C.,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF MICHELE CESTONE; ESTATE OF AGNESE CESTONE; ESTATE OF VINCENZO CESTONE; ESTATE OF RALPH M. CESTONE; ORBIT MARS VECTOR; MARVEC CORPORATION; VERONA INDUSTRIES, INC.; VERONA EQUITIES, INC.; CORSARO CORPORATION; MICHELE J. CESTONE; VINCENT R. CESTONE; MARIA CESTONE; VINCENT CESTONE, II; RALPH CESTONE; MICHELE A. CESTONE (RUSSOMANNO); and UNITED STATES OF AMERICA,<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:25-cv-03855-JXN-LDW<br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT**<br><br>Oral Argument Requested<br><br>Motion Date: March 2, 2026 |

To:   Frank Agostino, Esq.
    AGOSTINO & ASSOCIATES, P.C.
    14 Washington Place
    Hackensack, New Jersey 07601

   PLEASE TAKE NOTICE that on March 2, 2026, at 9:00 am or as soon thereafter as counsel may be heard, the undersigned attorneys for defendants Marvec Corporation, Corsaro Corporation, and Maria Cestone (collectively, "Movants") will apply to the above-named Court at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order dismissing plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); and for such other relief as this Court deems just and proper.

   PLEASE TAKE FURTHER NOTICE that in support of this motion, Movants will rely upon the papers submitted in support of their previous dismissal motion, *Dkt.* 42, which was administratively terminated prior to any adjudication on the merits. *Dkt.* 60. A proposed form of order is submitted herewith for the Court's consideration.

Dated:  Florham Park, New Jersey
    January 30, 2026

SCHENCK, PRICE, SMITH & KING, LLP

By: <u>s/ Thomas J. Cotton</u>
     Thomas J. Cotton

220 Park Avenue, P.O. Box 991
Florham Park, NJ 07932-0991
Telephone: (973) 539-1000
Fax: (973) 540-7300
tjc@spsk.com

*Attorneys for Defendants,
Marvec Corporation, Corsaro Corporation,
and Maria Cestone*