# AGOSTINO & ASSOCIATES

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
THE BANK HOUSE
14 WASHINGTON PLACE
HACKENSACK, NEW JERSEY 07601

(201) 488-5400
FAX (201) 488-5855
WWW.AGOSTINOLAW.COM

August 11, 2026

**Via: ECF**

Hon. Leda Dunn Wettre
United States District Court
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> RE:           Agostino & Associates P.C. v. Estate of Michele Cestone, et al.
> Docket No.    25-cv-03855 (JNX) (LDW)
> Our File No:  3702-C

Dear Judge Wettre:

This firms represents Plaintiff Agostino & Associates, P.C. in the above-captioned matter. We respectfully write to request an adjournment of the in-person Settlement Conference currently scheduled before Your Honor for Tuesday, August 25, 2026, at 10:00 a.m.

The adjournment is requested because Mr. Agostino is receiving a lifetime achievement award in St. Louis, Missouri during that week and will be traveling out of state, creating an unavoidable conflict with the schedule conference date.

Following conferral with counsel, Ryder T. Ulon, Esq., Michael C. Polychronis, Esq., Fredrick C. Biehl, III, Esq., Anthony J. Laura, Esq., Brian Griffin, Esq., and Gary Botwinick, Esq. have all expressed their consent to the adjournment and confirmed their availability for a rescheduled conference on Thursday, August 27, 2026.

Accordingly, Plaintiff respectfully requests that the Court reschedule the Settlement Conference to Thursday, August 27, 2026, or to another date and time convenient for the Court.

We thank Your Honor for your time and consideration of this request.

Respectfully submitted,

/s/ Frank Agostino
Frank Agostino, Esq.